NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWNDALE RESTORATION LIMITED PARTNERSHIP, BY AND THROUGH ITS GENERAL PARTNER, BOULEVARD REALTY SERVICES CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5043

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-798, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Lawndale Restoration Limited Partnership moves for leave to include certain documents in the appendix and for a 60-day extension of time, until May 23, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to include certain documents in the appendix is granted.

(2) The motion for an extension of time is granted. Lawndale Restoration's principal brief is due May 23, 2011.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christine A. Giovannelli, Esq.
    Scott A. MacGriff, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK